# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

CR 08 0131 PJH

UNITED STATES OF AMERICA,

V.

DEMETRIUS SMITH

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C § 841(a)(1), (b)(1)(B) -- Possession with intent to distribute crack cocaine.

A true bill.

_____
Foreman

Filed in open court this __4th__ day of March, 2008.

Joseph C. SPERO
UNITED STATES MAGISTRATE JUDGE

_____
Clerk
KAREN L. HOM

Bail, $ _no process_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

21 U.S.C. § 841(a)(1), (b)(1)(B) -- Possession with intent to distribute crack cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

**PENALTY:**
Mandatory minimum term of 10 years imprisonment; maximum lifetime term of imprisonment; mandatory minimum term of 8 years supervised release; maximum lifetime term of supervised release; maximum $4 million fine; $100 special assessment

**DEFENDANT - U.S.**

▶ DEMETRIUS SMITH

**DISTRICT COURT NUMBER**

CR 08 - 0131 PJH

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3-08-70090 MEJ

**Name and Office of Person Furnishing Information on THIS FORM**  Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  DREW CAPUTO

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
                            **E-filing**
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12
13 | UNITED STATES OF AMERICA,       ) No.
14 |        Plaintiff,               )
                                     ) VIOLATION: Title 21, United States Code,
15 | v.                              ) Section 841(a)(1), (b)(1)(B) – Possession
                                     ) with Intent to Distribute Crack Cocaine
16 | DEMETRIUS SMITH,                )
                                     )
17 |        Defendant.               ) SAN FRANCISCO VENUE
                                     )
18 |_____)
19
20                            INDICTMENT
21 The Grand Jury charges:
22      On or about July 6, 2007, in the Northern District of California, the defendant,
23                            DEMETRIUS SMITH,
24 did knowingly and intentionally possess with intent to distribute a Schedule II controlled
25 substance, to wit: 5 grams or more of crack cocaine, a mixture and substance which contained
26 //
27 //
28 //

1 | cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

3 | DATED: 03/04/08                              A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: *[signature]* )
AUSA Caputo

2