UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 12, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-131 PJH

**Case Name:** UNITED STATES  v.  DEMETRIUS SMITH (C)

**Attorney for Plaintiff:** Drew Caputo
**Attorney for Defendant:** Michael Thorman

**Deputy Clerk:** Nichole Heuerman    **Court Reporter:** Debra Pas

**PROCEEDINGS**

Trial Setting-Held.  The parties inform the court that all discovery has been produced.  The matter will be continued two weeks to allow defense counsel enough time to meet and confer with client.  Time is excluded from 3/12/08 to 3/26/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time

**CASE CONTINUED TO:** March 26, 2008 at 1:30 p.m. for Trial/Motion Setting.

--------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 3/12/08 Ends 3/26/08
--------------------------------------------------------------------------------------------------------------

**cc:**    chambers