JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO  (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7004
    FAX: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,             )<br>   v.                           )<br>DEMETRIUS SMITH,      )<br>          Defendant.        ) | No. CR 08-0131 PJH<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of defendant Demetrius Smith, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 12, 2008, to March 26, 2008. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow time to consult with his attorney about his options for proceeding with this case.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0131 PJH

1       2.      Given these circumstances, the Court found that the ends of justice served by
2  excluding the period from March 12, 2008, to March 26, 2008, outweigh the best interest of the
3  public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
4       3.      Accordingly, and with the consent of the defendant, at the hearing on March 12,
5  2008, the Court ordered that the period from March 12, 2008, to March 26, 2008, be excluded
6  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7       IT IS SO STIPULATED.

9  DATED: March 13, 2008            _____/s/_____
                                     MICHAEL THORMAN
10                                   Attorney for Defendant

12 DATED: March 12, 2008            _____/s/_____
                                     ANDREW P. CAPUTO
13                                   Assistant United States Attorney

15      IT IS SO ORDERED.

17 DATED:  3/21/08

*IT IS SO ORDERED.*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0131 PJH                          2