UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 26, 2008                         **JUDGE:**  Phyllis J. Hamilton

**Case No:** CR-08-131 PJH

**Case Name:**   UNITED STATES   v.  DEMETRIUS SMITH (C)

**Attorney for Plaintiff:**    Drew Caputo
**Attorney for Defendant:**  Michael Thorman

**Deputy Clerk:**  Nichole Heuerman              **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

 Trial Setting-Held.  Defense counsel informs the court that he intends to file a motion to disclose informant.  The motion and any other motion shall be filed by 4/16/08; opposition to be filed by 4/30/08; reply to be filed by 5/7/08 with a hearing to be noticed for 5/14/08 at 1:30 p.m.  Time is excluded from 3/26/08 to 4/16/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** May 14, 2008 at 1:30 p.m. for Motions.

---

**EXCLUDABLE DELAY:** Category  Begins 3/26/08 Ends 4/16/08

---

**cc:**   chambers