UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: May 14, 2008                                         JUDGE:  Phyllis J. Hamilton

Case No:  CR-08-131 PJH

Case Name:   UNITED STATES   v.  DEMETRIUS SMITH (C)

Attorney for Plaintiff:    Drew Caputo
Attorney for Defendant:   Michael Thorman

**Deputy Clerk:**  Nichole Heuerman            **Court Reporter**: Debra Pas

**PROCEEDINGS**

     Defendant's Motion to Disclose Informant-DENIED as stated on the record.  The speedy trial deadline is 7/15/08.  Defense counsel's request for additional time to meet and confer with client is granted by the court.  The court informs the parties that a trial date will be set at the next hearing.  The only dates that are available to begin trial are 6/30/08 and 7/7/08.  Time is excluded from 5/14/08 to 5/21/08 for effective preparation of counsel.  With the additional exclusion of time the speedy trial deadline is 7/22/08. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: May 21, 2008 at 1:30 p.m. for Trial Setting**.

-----------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 5/14/08 Ends 5/21/08
-----------------------------------------------------------------------------------------------------------------------

**cc:**     chambers