```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO  (CSBN 203655)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7004
7     FAX: (415) 436-7234
      Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0131 PJH |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER EXCLUDING TIME FROM |
| v. | ) SPEEDY TRIAL ACT CALCULATION |
| | ) (18 U.S.C. § 3161(h)(8)(A)) |
| DEMETRIUS SMITH, | ) |
| Defendant. | ) |

With the agreement of the parties, and with the consent of defendant Demetrius Smith, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 14, 2008, to May 21, 2008.  The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow time to consult with his attorney in the wake of the Court's denial of his motion to disclose informant.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0131 PJH

1    2.    Given these circumstances, the Court found that the ends of justice served by
2 excluding the period from May 14, 2008, to May 21, 2008, outweigh the best interest of the
3 public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
4    3.    Accordingly, and with the consent of the defendant, at the hearing on May 14,
5 2008, the Court ordered that the period from May 14, 2008, to May 21, 2008, be excluded from
6 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7    IT IS SO STIPULATED.

9 DATED: May 19, 2008             _____/s/_____
                                   MICHAEL THORMAN
10                                 Attorney for Defendant

12 DATED: May 16, 2008             _____/s/_____
                                   ANDREW P. CAPUTO
13                                 Assistant United States Attorney

15    IT IS SO ORDERED.

17 DATED: _____           _____
                                   PHYLLIS J. HAMILTON
18                                 United States District Judge