UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 21, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-131 PJH

**Case Name:** UNITED STATES v. DEMETRIUS SMITH (C)

**Attorney for Plaintiff:** Drew Caputo
**Attorney for Defendant:** Michael Thorman

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Catherine Edwards

**PROCEEDINGS**

Trial Setting-Held. The parties request for additional time to discuss a disposition is granted by the court. The matter will be continued for one week. Time is excluded from 5/21/08 to 5/28/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** May 28, 2008 at 1:30 p.m. for Trial Setting.

-----------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 5/14/08 Ends 5/21/08
-----------------------------------------------------------------------------------------------------------------

**cc:**   chambers