1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO  (CSBN 203655)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7004
7      FAX: (415) 436-7234
       Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           )   No. CR 08-0131 PJH
                                         )
15 |      Plaintiff,                     )   UNITED STATES' INFORMATION FOR
                                         )   INCREASED PUNISHMENT BY
16 |   v.                                )   REASON OF PRIOR FELONY DRUG
                                         )   CONVICTION, 21 U.S.C. § 851
17 | DEMETRIUS SMITH,                    )
                                         )
18 |      Defendant.                     )
                                         )
19

20       Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney files this

21 Information alleging that:

22       1.     Defendant Demetrius Smith was convicted on or about February 6, 2002, in the

23 city and county of San Francisco, of a felony violation of California Health and Safety Code §

24 11359, which prohibits the possession of marijuana for sale. See Exhibits 1 (complaint), 2

25 (minute order), 3 (commitment order).

26       2.     By reason of this felony drug conviction, defendant is subject to increased

27 punishment – a term of imprisonment of not less than ten years and not more than life

28 imprisonment, a $4 million fine, and a term of supervised release of at least eight years –

UNITED STATES' INFORMATION FOR INCREASED PUNISHMENT
CR 08-0131 PJH

1 | pursuant to the provisions of 21 U.S.C. § 841(b)(1)(B) if he is convicted of the offense charged
2 | in the Indictment.
3 |     3.    The United States Attorney hereby gives notice to defendant and his counsel that
4 | if defendant is convicted of the offense charged in the Indictment, the government intends to rely
5 | on this prior felony drug conviction in seeking enhanced punishment at the time of sentencing,
6 | pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(B) and 851.

DATED: May 27, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _Andrew Caputo_ )
AUSA Caputo

UNITED STATES' INFORMATION FOR INCREASED PUNISHMENT
CR 08-0131 PJH                              2

| ACTION NO. | DEFENDANT(S) | VIOLATION(S) | DEPT. |
|---|---|---|---|
| 2024826 | DEMETRIUS SMITH | 11359 HS/Fel. | 9-86 |

**THE PEOPLE OF THE STATE OF CALIFORNIA VS. THE DEFENDANT ABOVE NAMED**
IN THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

FILED
SUPERIOR COURT
JAN -9 2002
Gordon Park Li, Clerk
BY _____ Deputy

## COMPLAINT

___DENISE FABBRI___ states and declares on information and belief that the said defendant(s) did in the City and County of San Francisco, State of California, on or about the 4th of January 2002, commit the crime of felony, to wit: Violating section 11359 of the California Health and Safety Code, in that the said defendant did wilfully and unlawfully possess for purpose of sale marijuana.



THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
ATTEST: CERTIFIED

APR 0 4 2008

GORDON PARK LI, Clerk
Superior Court of California, County of San Francisco
BY _____ DEPUTY CLERK
Lourdes Manlapaz

I state, declare, verify and certify under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on January 9, 2002.

dc

_Denise Fabbri_
DENISE FABBRI #634

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

| People of the State of California vs DEMETRIUS SMITH | | | X Present |
|---|---|---|---|
| SC # 184851 | Assistant DA of Record | ☐ Present | Attorney of Record J. LEE  X Present |
| ☐ Interpeter Language | Clerk FAUSTO J HOWAY | | Judge LUCY KELLY McCABE |
| Reporter CANDACE YOUNT #2737 | | | |

Cause on Calendar for Sentence

Court has appointed J. LEE, conflict counsel.

Special appearance by G. BUTTERWORTH, DA for the Assistant DA of Record.

Defendant waives formal arraignment for judgment, has been convicted of the crime(s) of felony by plea on 02/06/2002.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | HS | 11359/F | | 02024826 | G | |

The Court orders imposition of sentence suspended.

Probation is ordered granted for a period of 3 year(s), subject to the following terms and conditions:

As a condition of probation, the defendant shall serve a term in County Jail of 5 day(s).

Defendant is to receive credit for time served of 5 day(s).

Defendant shall pay a fine in the amount of $500, plus penalty. In lieu of payment of fine, defendant may perform community service.

Defendant is subject to a warrantless search condition, as to defendant's person, premises and vehicle, any time of the day or night, with or without probable cause, by any peace, parole or probation officer.

Defendant shall pay a restitution fine in the amount of $200 pursuant to PC 1202.4, plus 10% administrative fees.

Defendant is advised, this drug related conviction may have the consequence of permanent denial of public assistance.

Defendant shall register pursuant to provisions of HS 11590.

Defendant shall submit to drug testing and/or counseling as determined by the Adult Probation Department.

Defendant shall not possess any drugs without prescription.

Defendant shall pay a criminal analysis fee of $50 pursuant to HS 11372.5.

Defendant shall pay probation costs up to an amount of $40 per month, as determined by the probation officer.

Defendant shall pay cost of pre-sentence investigation in the amount of $150 as determined by the probation officer.

Defendant shall pay a booking fee in the amount of $125 pursuant to Government Code 29550.3.

Defendant shall obey all laws.

Defendant accepts conditions of probation.

| FD:(02/12/2002) Version 1.21.06w | Print Date: 04/22/2002 | Minutes | Line# 25 | Dept. M09  Date 04/22/2002 | Page 1 of 2 |
|---|---|---|---|---|---|
| | | | | Attest: FAUSTO J HOWAY | Deputy Clerk |

| People of the State of California vs. DEMETRIUS SMITH | | |
|---|---|---|
| SC# 184851 | Dept No. M09 | Judge LUCY KELLY McCABE |

Counsel for the above-named defendant, J. LEE, present. Defendant was convicted of the following crime(s) of felony by plea on 02/06/2002

Special appearance by G. BUTTERWORTH, DA for the Assistant DA of Record.

Court has appointed J. LEE, conflict counsel.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | HS | 11359/F | | 02024826 | G | |

Arraignment for judgment is waived.

The Court orders imposition of sentence suspended.

Probation is ordered granted for a period of 3 year(s), subject to the following terms and conditions:

As a condition of probation, the defendant shall serve a term in County Jail of 5 day(s).

Defendant is to receive credit for time served of 5 day(s).

Defendant shall submit to drug testing and/or counseling as determined by the Adult Probation Department.

Defendant shall obey all laws.

I hereby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action 04/22/2002 and in the minutes of the Superior Court.

GORDON PARK-LI, CLERK

by FAUSTO J HOWAY DEPUTY CLERK

