UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 28, 2008                                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-131 PJH

**Case Name:**   UNITED STATES  v.  DEMETRIUS SMITH (C)

**Attorney for Plaintiff:**   Drew Caputo
**Attorney for Defendant:**   Michael Thorman

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Juanita Gonzalez

**PROCEEDINGS**

Change of Plea-Held.  The defendant is sworn.  The defendant enters into an open plea. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count one of the Indictment.  The plea is accepted.  The defendant is adjudged guilty of the offense.  The matter is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO:** September 3, 2008 at 1:30 p.m. for Sentencing.

**cc:**   chambers