JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO  (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7004
    FAX: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0131 PJH |
|     Plaintiff, ) | STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING, AND [PROPOSED] ORDER |
|     v. ) | |
| DEMETRIUS SMITH, ) | |
|     Defendant. ) | |

    The parties hereby stipulate as follows:

    1.    Sentencing in this matter is currently scheduled for September 3, 2008.

    2.    Counsel for the United States will be out of town on September 3.  Accordingly, the parties respectfully request that the Court continue the sentencing hearing in this case until September 17 at 1:30 p.m.  Counsel for the United States has consulted with United States Probation Officer Charles Mabie, who has no objection to continuing sentencing until September 17.

STIPULATION AND [PROPOSED]
CR 08-0131 PJH

1     IT IS SO STIPULATED.

3 DATED: August 20, 2008         /s/
                                    MICHAEL THORMAN
4                                     Attorney for Defendant

6 DATED: August 20, 2008         /s/
                                    ANDREW P. CAPUTO
7                                     Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation, the Court hereby continues the sentencing hearing in this case to September 17, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____
                                    PHYLLIS J. HAMILTON
                                    United States District Judge