Law Offices Of

# BONJOUR, THORMAN, BARAY & BILLINGSLEY

A Professional Corporation
24301 SOUTHLAND DRIVE, SUITE 312
HAYWARD, CALIFORNIA 94545

JULES FREDERICK BONJOUR, JR.
MICHAEL P. THORMAN
CAMELLIA BARAY
DAVID BILLINGSLEY

Telephone
(510) 785-8400
Facsimile
(510) 670-0955

August 22, 2008

Judge Phyllis Hamilton
U.S. Courthouse
450 Golden Gate Ave., Dept. 3
San Francisco, CA 94102-3483

        RE:   Demetrius Smith
        No:   CR–08-00131 PJH

Dear Judge Hamilton:

    I am writing this letter to request that you disregard the stipulation submitted by the parties requesting that defendant's sentencing be re-scheduled to September 17, 2008. We request the original sentencing date of September 3, 2008 proceed as scheduled.

Sincerely yours,

Bonjour, Thorman,
Baray & Billingsley

Michael P. Thorman

MPT:vf